# Court of Appeals
# of the State of Georgia

ATLANTA, ___June 07, 2012___

*The Court of Appeals hereby passes the following order:*

## A12A2014.  ASSOCIATION OF GUINEANS IN ATLANTA INC. v. DEKALB COUNTY GEORGIA, et al.

The Association of Guineans in Atlanta, Inc. filed a notice of appeal from the trial court's denial of its claim for mandamus relief in this action regarding a request for a special land use permit.  We lack jurisdiction.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.[1]



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __06/07/2012__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] It appears that the Supreme Court granted a related discretionary application on May 3, 2012, in Case No. S12D1207.